AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2021

SEAN F. McAVOY, CLERK

CHARLES JOSEPH REEVIS, also known as Supreme Royal Biblical Incest Sex God Baby RICO,

*Plaintiff*

v.

STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES BEHAVIORAL HEALTH ADMINISTRATION EASTERN STATE HOSPITAL, SPOKANE COUNTY SUPERIOR COURT and U.S DISTRICT COURT EASTERN DISTRICT OF WASHINGTON AND IDAHO

*Defendant*

Civil Action No. 2:21-CV-00025-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This action is DISMISSED with prejudice as frivolous, malicious, and for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  ROSANNA MALOUF PETERSON .

Date: June 2, 2021

CLERK OF COURT

SEAN F. McAVOY

s/ Claudia Canseco
*(By) Deputy Clerk*

Claudia Canseco